**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7046**

---

ARTHUR L. STEPHENSON,

                                        Petitioner - Appellant,

        versus

MARTHA  A.  WANNAMAKER,  Warden;  CHARLES  M.
CONDON, Attorney General,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Terry L. Wooten, District Judge.
(CA-00-1266-3-25BC)

---

Submitted:  September 5, 2002      Decided:  September 11, 2002

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Arthur L. Stephenson, Appellant Pro Se.  William Edgar Salter, III,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur L. Stephenson seeks to appeal the district court's judgment denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude on the reasoning of the district court that Stephenson has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>Stephenson v. Wannamaker</u>, No. CA-00-1266-3-25BC (D.S.C. July 8, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
